IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| SHAWN M. HANNON | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 06-42050 |
| | ) | |
| | ) | **TRANSMITTAL OF UNCLAIMED FUNDS** |

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> SHAWN M. HANNON
> 4908 E. ROCKWELL RD.
> YOUNGSTOWN, OH 44515
>
> $65.19
>
> **TOTAL:** $65.19

2. A check in the amount of $77.55, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 12th day of May, 2011.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| SHAWN M. HANNON | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 06-42050 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ____ day of May, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237
VOUCHER FOR CHECK: 880848
DATED: 2011/04/22

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM | CRE F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE INTEREST | PAID TO DATE PRINC + INT | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0584467 | 926 | 6 | 52 LOGAN, BRUCE M  LOGAN, CAROL L | UNCLAIMED FUNDS | 1.04 | 0.00 | 0.00 | 1.04 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640091 | 926 | 6 | 10 ELKO, ROBERT J | UNCLAIMED FUNDS | 6.31 | 0.00 | 0.00 | 6.31 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642050 | 926 | 6 | 17 HANNON, SHAWN M | UNCLAIMED FUNDS | 65.19 | 0.00 | 0.00 | 65.19 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940787 | 926 | 6 | 55 WHITE, MARK  WHITE, JENNIFER | UNCLAIMED FUNDS | 5.01 | 0.00 | 0.00 | 5.01 | 0.00 |

#ITEMS 4

CURRENT CHECK
PRINCIPAL 77.55
INTEREST 0.00
PRINC + INT 77.55